# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of each of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **January 17, 2019**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program (RDAP). Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| Name | Reg. No. |
|---|---|
| Turner Ashe, Jr. | Reg. No. 07029-028 |
| Terrance Baker | Reg. No. 39947-039 |
| Anthony Billings | Reg. No. 04727-087 |
| Latasha Sherri Butler | Reg. No. 31909-177 |
| John Choate | Reg. No. 15584-074 |
| Lawrence Stafford Davis | Reg. No. 14630-171 |
| Robin Marie Davis | Reg. No. 05445-084 |
| Donald Wayne Dowling | Reg. No. 27903-180 |
| Billy Ray Fairley, Sr. | Reg. No. 21780-057 |
| Dujuan Farrow | Reg. No. 38825-083 |
| Kenneth Wayne Gragg | Reg. No. 11905-058 |
| Antonio Merlin Harmon | Reg. No. 18279-171 |
| Julius Shaner Hayes | Reg. No. 15813-047 |
| Tracy Jackson | Reg. No. 14385-035 |
| Randy R. Jefferson | Reg. No. 07380-025 |
| Dorian Jordan | Reg. No. 35608-044 |
| Safarra Kimmons | Reg. No. 11601-042 |
| Johnny Marton Lott, aka Johnny Martin Lott | Reg. No. 14238-064 |
| Mirackle McGlown, aka Miracle McGlown | Reg. No. 28828-039 |
| Steven McKelvey | Reg. No. 96728-071 |
| Silas Junior Mobley | Reg. No. 24002-058 |
| Doyle Ray Morgan | Reg. No. 16892-058 |
| Aubrey Valdez Moton | Reg. No. 16478-171 |
| Frank Vincent Okiyama | Reg. No. 18913-148 |
| Michael Shavon Pate | Reg. No. 05484-017 |
| Zeteral Perkins | Reg. No. 92246-080 |
| Gethsemane Pita | Reg. No. 92104-022 |
| Michael Thomas Potts | Reg. No. 19147-057 |
| Kenneth Louis Reid | Reg. No. 19450-058 |

| | |
|---|---|
| Jerrod Richardson | Reg. No. 32056-160 |
| Michael Sain, aka Ronald Jones | Reg. No. 21872-009 |
| Daryl Joseph Shaw | Reg. No. 15049-026 |
| Kandis Karlotta Shipman | Reg. No. 34147-044 |
| Jeffery Wayne Shondel | Reg. No. 07422-030 |
| Johnnie Stewart | Reg. No. 05775-090 |
| Duffy Lynn Striker | Reg. No. 24104-001 |
| Carlton Christopher Sullivan | Reg. No. 38155-037 |
| Tyreese R. Taylor | Reg. No. 06212-090 |
| Dorminic Thomas | Reg. No. 18773-076 |
| Dwight A. Thomas | Reg. No. 20652-045 |
| Michael Shawn Thomas | Reg. No. 06629-073 |
| Preston Bernard Thomas | Reg. No. 39578-018 |
| Timothy Michael Walker | Reg. No. 27300-180 |
| Christopher E. Webster | Reg. No. 14880-026 |
| Terrance Wellons | Reg. No. 53390-004 |
| Richard Arthur Wright | Reg. No. 13741-112 |
| William Charles Wright | Reg. No. 14456-035 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **180 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make available to each named person the Residential Drug Abuse Program (RDAP), or future equivalent program, at an appropriate time before each person's sentence expires. Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| Adrian Antoine Campbell, aka Adrian Antonio Campbell | Reg. No. 48415-019 |
| Leonard Hoskins | Reg. No. 08671-028 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **188 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make available to each named person the Residential Drug Abuse Program (RDAP), or future equivalent program, at an appropriate time before each person's sentence expires. Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| Damon Burkhalter | Reg. No. 37227-177 |
| Alberto Chahia | Reg. No. 09550-059 |
| Deante Drake | Reg. No. 05730-087 |
| German Gallegos | Reg. No. 33128-180 |
| Kenneth Jay Putensen | Reg. No. 01792-029 |
| Kelly Joe Walker | Reg. No. 03582-029 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **210 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make available to each named person the Residential Drug Abuse Program (RDAP), or future equivalent program, at an appropriate time before each person's sentence expires. Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| Ernest Gonzalez | Reg. No. 41745-179 |
| Tony Johnson | Reg. No. 07918-028 |
| Clemith L. McCray | Reg. No. 08980-026 |
| Dante L. Williams | Reg. No. 39840-083 |

I hereby commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program (RDAP). Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| Christopher Almaguer | Reg. No. 32079-177 |
| Kim Davis Beckstrom | Reg. No. 25147-008 |
| William Brown | Reg. No. 10430-032 |
| Calvin Caver | Reg. No. 54496-060 |
| Ernest Milton Glover | Reg. No. 15706-016 |
| Emma Jean Harmon | Reg. No. 41910-018 |
| Timmy Nathan Johnson | Reg. No. 35692-044 |
| Timothy Terell Johnson | Reg. No. 08200-030 |
| Johnny William Lane | Reg. No. 15117-026 |
| Delvin McKinney | Reg. No. 30720-018 |
| Jessie L. Traylor | Reg. No. 14863-026 |

I hereby commute the total sentence of imprisonment each of the following named persons is now serving to a term of **262 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program (RDAP). Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| Calvin Biggs | Reg. No. 17770-424 |
| Lamell T. Jones | Reg. No. 17588-045 |
| Jose Ramiro Pena | Reg. No. 11378-085 |
| Raul Portillo | Reg. No. 62920-080 |
| Jermaine Ali Wilson | Reg. No. 11566-021 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **300 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make available to each named person the Residential Drug Abuse Program (RDAP), or future equivalent program, at an appropriate time before each person's sentence expires. Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **Jeffrey Matthew Jeanetta** | Reg. No. 90324-071 |
| **Gary Thomas** | Reg. No. 21154-086 |
| **Mark J. Thornton** | Reg. No. 44257-061 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **324 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make available to each named person the Residential Drug Abuse Program (RDAP), or future equivalent program, at an appropriate time before each person's sentence expires. Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **Macheo Hill** | Reg. No. 28133-177 |
| **David Vaught** | Reg. No. 39137-177 |

I hereby commute the total sentence of imprisonment each of the following named persons is now serving to a term of **360 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program (RDAP). Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **Wayne Allen Bledsoe, Jr.** | Reg. No. 60866-080 |
| **Jeffery Garrett** | Reg. No. 07154-028 |
| **Wesley Hodge** | Reg. No. 16760-056 |
| **Myron Dejuan Orr** | Reg. No. 08678-030 |

I hereby further commute the total sentence of imprisonment imposed upon **Pablo Abrugar Abulencia**, Reg. No. 72294-083, to a term of **205 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Pablo Abrugar Abulencia**, Reg. No. 72294-083, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Pablo Abrugar Abulencia**, Reg. No. 72294-083, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Clarence Rex Burnell**, Reg. No. 10325-091, to expire on **January 17, 2019**. I also remit the unpaid balance of the $5,000 fine imposed by the court that may remain when his term of incarceration has expired. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Clarence Rex Burnell**, Reg. No. 10325-091, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Clarence Rex Burnell**, Reg. No. 10325-091, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **James Toves Cabaccang**, Reg. No. 09186-112, to a term of **292 months' imprisonment**, leaving intact and in effect all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **James Toves Cabaccang**, Reg. No. 09186-112, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **James Toves Cabaccang**, Reg. No. 09186-112, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Melvin Couch**, Reg. No. 06705-032, to a term of **180 months' imprisonment**. I also remit the unpaid balance of the $10,000 forfeiture obligation imposed by the court that may remain when his term of incarceration has expired. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Melvin Couch**, Reg. No. 06705-032, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Melvin Couch**, Reg. No. 06705-032, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Quincy Dennis**, Reg. No. 02797-061, to a term of **360 months' imprisonment**. I also remit the unpaid balance of the $30,000 fine imposed by the court that may remain when his term of incarceration has expired. I leave intact and in effect the two-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Quincy Dennis**, Reg. No. 02797-061, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Quincy Dennis**, Reg. No. 02797-061, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Stacey Lane Fisher**, Reg. No. 15796-084, to a term of **168 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Stacey Lane Fisher**, Reg. No. 15796-084, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Stacey Lane Fisher**, Reg. No. 15796-084, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Fontelle Ricardo Groves, aka Fontele Ricardo Groves**, Reg. No. 15526-056, to a term of **188 months' imprisonment**. I also remit the unpaid balance of the $2,100 fine imposed by the court that may remain when his term of incarceration has expired. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Fontelle Ricardo Groves, aka Fontele Ricardo Groves**, Reg. No. 15526-056, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Fontelle Ricardo Groves, aka Fontele Ricardo Groves**, Reg. No. 15526-056, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Douglas Eugene Harms**, Reg. No. 10037-029, to a term of **196 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Douglas Eugene Harms**, Reg. No. 10037-029, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Douglas Eugene Harms**, Reg. No. 10037-029, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Christopher Lamont Hill**, Reg. No. 32675-037, to a term of **264 months' imprisonment**, leaving intact and in effect the eight-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Christopher Lamont Hill**, Reg. No. 32675-037, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Christopher Lamont Hill**, Reg. No. 32675-037, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Rodney Lamont Love**, Reg. No. 17313-075, to a term of **322 months' imprisonment**, leaving intact and in effect the 15-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Rodney Lamont Love**, Reg. No. 17313-075, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Rodney Lamont Love**, Reg. No. 17313-075, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Damand Matthews**, Reg. No. 40159-424, to a term of **240 months' imprisonment**. I also remit the unpaid balance of the $1,000 fine imposed by the court that may remain when his term of incarceration has expired. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Damand Matthews**, Reg. No. 40159-424, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Damand Matthews**, Reg. No. 40159-424, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Sean Anthony Ogle**, Reg. No. 05404-059, to a term of **168 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Sean Anthony Ogle**, Reg. No. 05404-059, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Sean Anthony Ogle**, Reg. No. 05404-059, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Curtis Daryle Tinsley**, Reg. No. 23016-057, to a term of **271 months' imprisonment**, leaving intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Curtis Daryle Tinsley**, Reg. No. 23016-057, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Curtis Daryle Tinsley**, Reg. No. 23016-057, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Timothy Juan Washington**, Reg. No. 60805-019, to a term of **120 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Timothy Juan Washington**, Reg. No. 60805-019, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Timothy Juan Washington**, Reg. No. 60805-019, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Gregory Antonio Webber**, Reg. No. 83952-180, to a term of **188 months' imprisonment**. I also remit the unpaid balance of the $1,500 fine that may remain when his term of incarceration has expired. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Gregory Antonio Webber**, Reg. No. 83952-180, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Gregory Antonio Webber**, Reg. No. 83952-180, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Brian Lee Wells**, Reg. No. 11222-030, to a term of **240 months' imprisonment**. I also remit a portion of the restitution obligation imposed by the court, namely the remaining balance of the $7,449.50 owed to the Drug Enforcement Administration. I leave intact and in effect the $3,000 restitution obligation imposed by the court that is owed to a private citizen. I also leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Brian Lee Wells**, Reg. No. 11222-030, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Brian Lee Wells**, Reg. No. 11222-030, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Robert James Pearson White**, Reg. No. 23441-171, to a term of **240 months' imprisonment**. I also remit the unpaid balance of the $200,000 forfeiture obligation that may remain when his term of incarceration has expired. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Robert James Pearson White**, Reg. No. 23441-171, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Robert James Pearson White**, Reg. No. 23441-171, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

**THIS GRANT SHALL** become effective as to each of the above-named persons only upon the delivery and presentment of a certified copy of this document to that person and upon that person's acceptance of the conditional terms of the grant. I further direct that once the receipt has been signed by the grant recipient, the Bureau of Prisons shall immediately forward an ELECTRONIC COPY of the receipt to the Office of the Pardon Attorney, which will deliver that copy to appropriate personnel in the Bureau of Prisons Designation and Sentence Computation Center, who will recalculate the projected release dates of each respective recipient. Failure of a person to sign the receipt and accept the conditional terms of the commutation grant will render the grant of commutation null and void only as to the person who rejected the grant, and not to all persons named herein.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Seventeenth day of January in the year of our Lord Two thousand and seventeen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**